Name: Phyllis D. Scott
Address: 2953 Edgehill Drive
Los Angeles, CA. 90018
Phone: (310)621-9453
Fax:
In Pro Per

PAID
JAN 24 2019
Clerk, US District Court
COURT 4612

FILED
2019 JAN 24 PM 3:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Phyllis D. Scott

Plaintiff

Housing and Urban Development
Citi Mortgage Inc.
The City of Los Angeles Inc

Defendant(s).

CASE NUMBER:
LACV1900564-DMG-DFM
To be supplied by the Clerk of
The United States District Court

This is an action for damages pursuant to 42 U.S.C. § 1983 base upon the continuing violations of Plaintiff's rights under the fourth and fifth and fourteenth Amendments to the United States Constitution.

Jurisdiction exist pursuant to 28 U.S.C. § 1331 and 1343 base on 42 U.S.C. § 1938 and questions of federal constitutional law. Jurisdiction also exist under 18 U.S.C. 1001 (a)(b), 28 U.S.C. § 2201 (a) and 2202

Venue is proper in the Central District in that the events and conduct complained of herein all occurred in the Central District

CV-126 (09/09)      PLEADING PAGE FOR A COMPLAINT

The conspiracy perpetrated against Ms. Scott by Housing and Urban Development borders on high crimes and treason; because of the multiple official letters written to Hon. Senator Dianne Feinstein and the Hon. President Obama, denying the very existence of her Federal Housing Administration loan. These false statements and concealments were used to financially, mentally, and physically destroy Ms. Scott and her family.

These false statements afforded CitiMortgage Inc. the freedom to receive four mortgage payment, but never credit them. Allowed arrest warrants to be issued against Ms. Scott for Housing code violation pre-purchase of an FHA loan.

Every offical denial was a method of murdering Ms. Scott and her family. The agency created by The United States Congress was in conspiracy against her, and her family. The false statements made to a sitting President were even more frightening than the letter written to Hon. Senator Feinstein.

When did this first occur?

In December of 2007, Hon. Sen. Dianne Feinstein forwarded a letter to Ms. Scott, that she had received from Mark A. Studdert General Deputy Assistant Secretary for Congressional and Intergovermental Relations. Within the first paragraph of this letter Mr. Studdert states " Thank you for your letter of October 19, 2004 requesting assistance from the Department of Housing and Urban Development regarding your constituent, Ms. Phyllis Scott and Citimortgage. A SEARCH OF DEPARTMENT'S RECORDS REVEALED THAT MS. SCOTT DOES NOT HAVE A FEDERAL hOUSING ADMINISTRATION (FHA) INSURED MORTGAGE. Those are the only mortgages over which HUD has jurisdiction. Consequently, the Department CANNOT intervene with the lender on Ms. Scott's behalf."

This official letter is a false statement and concealment of material facts to a sitting United States Senator. Ms. Scott original letter requested assistance with two different sets of mortgage papers with two different mortgage amounts, Los Angeles Housing Code violations at the time of FHA sale, a warrant for Ms. Scott arrest related to those pre- purchase violations, four misplaced payments that Were never applied, and doubled billed insurance charges.

In 2010, Ms. Scott wrote a letter to Honorable President Barack Obama. This letter stated That a fraudulent foreclosure procedure had been filed against her property. All of the concerns of the Feinstein letter with the addition of the threat to losing her home were included in the letter. Honorable President Barack Obama forwarded this letter to Mr. Ray Brewer Director of the Los Angeles Housing and Development Office. Mr. Brewer makes a false state of material

1. fact to a sitting United States President.

2. 
3. In July of 2018, Ms Scott receives a letter in response to her final plea for help from Hon. Dr.
4. Ben Carson Citimortgage from Housing and Urban Development' Los Angeles Field Office'
5. Director Mr. Ray Brewer. The letter states On behalf of Secretary Carson, thank you for your
6. letter regarding a mortgage loan for a four-unit property located at 2949 Edgehill Drive in Los
7. 
8. Angeles, California. Although after a search of U.S. Department of Housing and Urban
9. Development (HUD) records revealed that you do not have a mortgage insured by the Federal
10. Housing Administration (FHA).
11. 
12. From the first letter that denied the existence my Federal Housing Administration loan to the
13. 
14. last dated July 5, 2018 is eleven years of Civil rights violations by the very agency created to
15. protect my family with regard to mortgage lending on FHA loans. A certified forensic loan was
16. completed in July of 2015, it revealed that t the original loan was written by a non-existent
17. 
18. company HOME LOAN MORTGAGE and on the same day of origination was assigned to
19. another non-existent company Source One.
20. 
21. Currently, the City of Los Angeles is set to arrest
22. Ms. Scott, and her family for criminal trespass for being
23. on the property that she has proof of ownership of; but,
24. the powers of False statements under color of Authority
25. concealments and conspiracies have lead to this situation
26. I am seeking the free and clear title to
27. Subject Real property and two hundred fifty million
28. dollars in restitution and damages

Phyllis D. Scott

2

**MARTIN GORDON, M.D.**
9401 WILSHIRE BOULEVARD, SUITE 515
BEVERLY HILLS, CA 90212-2947
(310) 432-4260 TEL.     LIC. # G31316
(310) 432-4263 FAX

NAME: Osu-Zur Feseha      DOB: _____
ADDRESS: _____      DATE: 1/23/19

TAMPER-RESISTANT SECURITY FEATURES LISTED ON BACK OF SCRIPT

℞

Ms Feseha has severe Congenital lung disease and frequent lung infections. It could be unsafe medically for her to be evicted at this Time.

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over
_____ Units

Refill  NR  1  2  3  4  5

DO NOT SUBSTITUTE  [signature]

To ensure brand name dispensing, check and initial box.

♻ 000170                                8K99PU2112210