# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 19-0564-DMG (DFM) | Date: | April 25, 2019 |
|---|---|---|---|
| Title | Phyllis D. Scott v. Housing and Urban Development, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On February 13, 2019, the Court ordered Plaintiff to serve promptly all named defendants in this case, and once completed, to file with the Court a copy of the proof of service. See Dkt. 5. Plaintiff has not done so. **Accordingly, within fourteen (14) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if she fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**