## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-00564-DMG (DFM) | Date: | July 11, 2019 |
| Title | Phyllis D. Scott v. Housing and Urban Development, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Terri Steele | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On May 14, 2019, the Court granted Plaintiff's request to file an amended complaint and ordered her to file it within thirty-five (35) days. Plaintiff did not do so. **Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if she fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**