# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PHYLLIS D. SCOTT, | Case No. CV 19-0564-DMG (DFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HOUSING AND URBAN DEVELOPMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and the entire action is dismissed without prejudice for failure to prosecute.

DATED:  November 8, 2019

DOLLY M. GEE
United States District Judge